The Bank of the Metropolis, Respondent, *v.* Eberhard Faber, Appellant.

Holmes, Booth & Haydens, Respondents, *v.* Same, Appellant.

Charles Leonard et al., Respondents, *v.* Same, Appellant.

(Submitted May 25, 1896; decided June 2, 1896.)

Motions to fix a time for the hearing of questions in the above-entitled cases, certified to the Court of Appeals for determination by the Appellate Division of the Supreme Court in the first judicial department, under subdivision 2 of section 190 of the Code of Civil Procedure, by orders made March 6, 1896, appeals having been taken from interlocutory judgments in favor of the plaintiffs, overruling demurrers to the complaints.

*Thomson & Allen* for motion.

Ordered : These cases are to remain upon the motion calendar and be heard upon next motion day as motions.

---

Josephine Whitlatch, Respondent, *v.* The Fidelity and Casualty Company of New York, Appellant.

(Submitted May 25, 1896; decided June 2, 1896.)

Motion for re-argument denied.　(See 149 N. Y. 45.)

---

Joseph Van Camp, Respondent, *v.* Edward P. Searle, as Late Sheriff, et al., Impleaded with John G. Sawyer and The Orleans County National Bank, Appellants, et al., Respondents.

(Submitted May 25, 1896; decided June 2, 1896.)

Motion for re-argument denied, with costs, but the remittitur ordered to be amended by inserting " that the part of the judgment be reversed, as to the appellants, the Orleans County National Bank and John G. Sawyer, which awards payment out of the fund of the Brown judgment." (See 147 N. Y. 150.)